UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARJON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC COAST PETROLEUM, INC.,<br><br>　　　　　Defendant. | Case No.  20-cv-04822-VC<br><br>**ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE REMANDED OR DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

　　　　Pacific Coast Petroleum is ordered to show cause as to why this case should not be remanded or dismissed for lack of subject matter jurisdiction by November 17, 2020. Arjon may file a reply within 7 days of Pacific Coast's response.

　　　　**IT IS SO ORDERED.**

Dated: November 10, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge